IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SCOTT REITZ; and <br> JOHN TOLER; <br> on behalf of Plaintiffs and a class, <br><br> Plaintiffs, <br><br> v. <br><br> STRATEGIC SOLUTIONS SERVICES, <br> a limited liability company doing business <br> as Arrow Mountain Funding; <br> CONSTANTINE RADIOTIS; <br> NCR FINANCIAL SERVICES, INC.; and <br> FINSANA, LLC, <br><br> Defendants. | **Acknowledged** <br> TWP <br> June 9, 2025 <br><br><br><br> 24-cv-2278-TWP-MKK |

## STIPULATION TO DISMISS

Now come the Parties, Plaintiffs Scott Reitz and John Toler (collectively, "Plaintiffs") and Defendants Strategic Solutions Services, Constantine Radiotis, NCR Financial Services, Inc. and Finsana, LLC (collectively, "Defendants") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiffs' individual claims against Defendants with prejudice. Plaintiffs' class claims are dismissed without prejudice. The Parties are to bear their own costs.

Respectfully submitted,

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
Alexandra R. Huzyk
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

s/ Stephen D. Lozier (w/ consent)
Stephen D. Lozier
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker Drive, Suite 4100
Chicago, IL 60606
(312) 759-3203
stephen.lozier@troutman.com

*Counsel for Defendants Constantine Radiotis, NCR Financial Services, Inc., and Finsana, LLC*

1

*Counsel for Plaintiffs*

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

  I, Heather Kolbus, hereby certify that on June 6, 2025, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system which sent notice via email to all counsel of record.  In addition, notice was sent via U.S. Mail to:

Strategic Solutions Services d/b/a Arrow Mountain Funding
c/o United States Corporation Agents, Inc.
131 Continental Drive, Suite 305
Newark, DE  19713

            *s/ Heather Kolbus*
            Heather Kolbus


Daniel A. Edelman
Heather Kolbus
Alexandra R. Huzyk
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com